THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMMA ALVARADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | NO. C09-189 MJP<br><br>STIPULATION AND ORDER RE FILING OF SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE ON MOTION TO DISMISS |

Plaintiff Emma Alvarado ("Plaintiff"), by and through her counsel, and Defendant Microsoft Corporation ("Defendant"), by and through its counsel, submit the following Stipulation and [Proposed] Order re Filing of Second Amended Complaint and Briefing Schedule on Motion to Dismiss.

## I. STIPULATION

WHEREAS, in response to the motion to dismiss filed by Defendant as to Plaintiff's First Amended Complaint, Plaintiff proposes to file the Second Amended Complaint attached hereto as Exhibit A;

STIPULATION AND ORDER RE FILING OF SECOND
AMENDED COMPLAINT AND BRIEFING SCHEDULE
ON MOTION TO DISMISS - 1
CASE NO. C09-0189 MJP

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

WHEREAS, Defendant does not oppose the filing of the Second Amended Complaint provided that the filing is without prejudice to Defendant's right to file a motion to dismiss the Second Amended Complaint, and Plaintiff has so agreed; and

WHEREAS, in light of the foregoing, Defendant agrees that, upon the filing of the Second Amended Complaint, Defendant's pending motion to dismiss the First Amended Complaint shall be deemed withdrawn,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, AS FOLLOWS:

1. Plaintiff shall be granted leave to file the Second Amended Complaint;

2. The filing of the Second Amended Complaint shall be without prejudice to Defendant's right to file a motion to dismiss the Second Amended Complaint;

3. Upon the filing of the Second Amended Complaint, Defendant's pending motion to dismiss the First Amended Complaint shall be deemed withdrawn; and

4. The following briefing schedule shall apply to any motion to dismiss that is filed by Defendant as to the Second Amended Complaint:

| EVENT | DATE |
| --- | --- |
| Defendant Files Motion to Dismiss | November 19, 2009 |
| Plaintiff Files Opposition to Defendant's Motion to Dismiss | December 4, 2009 |
| Defendant Files Reply Brief in Support of Motion to Dismiss/Motion to Dismiss Noted for Consideration | December 11, 2009 |

STIPULATION AND ORDER RE FILING OF SECOND
AMENDED COMPLAINT AND BRIEFING SCHEDULE
ON MOTION TO DISMISS - 2
CASE NO. C09-0189 MJP

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

1 | RESPECTFULLY SUBMITTED AND DATED this 3rd day of November, 2009.

2 | TERRELL MARSHALL & DAUDT PLLC              ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Beth E. Terrell, WSBA #26759          By: /s/ Jonathan M. Palmer, WSBA #26970
    Beth E. Terrell, WSBA #26759                  Jonathan M. Palmer, WSBA #26970
    Email: bterrell@tmdlegal.com                   Email: jmpalmer@orrick.com
    Toby J. Marshall, WSBA #32726                  Paul F. Rugani, WSBA #38664
    Email: tmarshall@tmdlegal.com                  Email: prugani@orrick.com
    Jennifer Rust Murray, WSBA #36983              701 Fifth Avenue, Suite 5700
    Email: jmurray@tmdlegal.com                    Seattle, Washington 98104
    Marc Cote, WSBA #39824                         Telephone: (206) 839-4300
    Email: mcote@tmdlegal.com                      Facsimile: (206) 839-4301
    3600 Fremont Avenue North
    Seattle, Washington 98103                  *Attorneys for Defendants*
    Telephone: (206) 816-6603
    Facsimile: (206) 350-3528


    J. Paul Gignac, Admitted *Pro Hac Vice*
    Email: j.paul@aogllp.com
    Kiley Grombacher, Admitted *Pro Hac Vice*
    Email: kgrombacher@aogllp.com
    ARIAS OZZELLO & GIGNAC LLP
    4050 Calle Real, Suite 130
    Santa Barbara, California 93110
    Telephone: (805) 683-7400
    Facsimile: (805) 683-7401


    David R. Greifinger, Admitted *Pro Hac Vice*
    Email: tracklaw@verizon.net
    THE LAW OFFICES OF DAVID R. GREIFINGER
    1801 Ocean Park Blvd., Suite 201
    Santa Monica, California 90405
    Telephone: (310) 452-7923
    Facsimile: (310) 450-4715


    Howard Goldstein, Admitted *Pro Hac Vice*
    Email: lohag@att.net
    LAW OFFICES OF HOWARD A. GOLDSTEIN
    13701 Riverside Drive, Suite 608
    Sherman Oaks, California 91423
    Telephone: (818) 981-1010
    Facsimile: (818) 981-1311

    *Attorneys for Plaintiff*

STIPULATION AND ORDER RE FILING OF SECOND
AMENDED COMPLAINT AND BRIEFING SCHEDULE
ON MOTION TO DISMISS - 3
CASE NO. C09-0189 MJP

## II. ORDER

Based on the foregoing stipulation of the parties and good cause appearing, therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Plaintiff is granted leave to file the Second Amended Complaint;

2. The filing of the Second Amended Complaint shall be without prejudice to Defendant's right to file a motion to dismiss the Second Amended Complaint;

3. Upon the filing of the Second Amended Complaint, Defendant's pending motion to dismiss the First Amended Complaint shall be deemed withdrawn; and

4. The following briefing schedule shall apply to any motion to dismiss filed by Defendant in response to the Second Amended Complaint:

| EVENT | DATE |
| --- | --- |
| Defendant Files Motion to Dismiss | November 19, 2009 |
| Plaintiff Files Opposition to Defendant's Motion to Dismiss | December 4, 2009 |
| Defendant Files Reply Brief in Support of Motion to Dismiss/Motion to Dismiss Noted for Consideration | December 11, 2009 |

Dated this 4th day of November, 2009.

_____
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER RE FILING OF SECOND
AMENDED COMPLAINT AND BRIEFING SCHEDULE
ON MOTION TO DISMISS - 4
CASE NO. C09-0189 MJP

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington  98103
TEL. 206.816.6603 • FAX 206.350.3528

1  Presented by:

2  TERRELL MARSHALL & DAUDT PLLC

3
4  By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@tmdlegal.com
5      Toby J. Marshall, WSBA #32726
    Email: tmarshall@tmdlegal.com
6      Jennifer Rust Murray, WSBA #36983
7      Email: jmurray@tmdlegal.com
    Marc Cote, WSBA #39824
8      Email: mcote@tmdlegal.com
    3600 Fremont Avenue North
9      Seattle, Washington 98103
    Telephone: (206) 816-6603
10     Facsimile: (206) 350-3528

11
    J. Paul Gignac, Admitted *Pro Hac Vice*
12     Email: j.paul@aogllp.com
    Kiley Grombacher, Admitted *Pro Hac Vice*
13     Email: kgrombacher@aogllp.com
14     ARIAS OZZELLO & GIGNAC $^{LLP}$
    4050 Calle Real, Suite 130
15     Santa Barbara, California 93110
    Telephone: (805) 683-7400
16     Facsimile: (805) 683-7401

17
    David R. Greifinger, Admitted *Pro Hac Vice*
18     Email: tracklaw@verizon.net
    THE LAW OFFICES OF DAVID R. GREIFINGER
19     1801 Ocean Park Blvd., Suite 201
    Santa Monica, California 90405
20     Telephone: (310) 452-7923
21     Facsimile: (310) 450-4715

22

23

24

25

26

STIPULATION AND ORDER RE FILING OF SECOND
AMENDED COMPLAINT AND BRIEFING SCHEDULE
ON MOTION TO DISMISS - 5
CASE NO. C09-0189 MJP

| | |
|---|---|
| 1 | Howard Goldstein, Admitted *Pro Hac Vice* |
| | Email: lohag@att.net |
| 2 | LAW OFFICES OF HOWARD A. GOLDSTEIN |
| | 13701 Riverside Drive, Suite 608 |
| 3 | Sherman Oaks, California 91423 |
| | Telephone: (818) 981-1010 |
| 4 | Facsimile: (818) 981-1311 |
| 5 | |
| | *Attorneys for Plaintiff* |
| 6 | |
| 7 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | |
| | By: /s/ Jonathan M. Palmer, WSBA #26970 |
| 9 | Jonathan M. Palmer, WSBA #26970 |
| | Email: jmpalmer@orrick.com |
| 10 | Paul F. Rugani, WSBA #38664 |
| | Email: prugani@orrick.com |
| 11 | 701 Fifth Avenue, Suite 5700 |
| | Seattle, Washington 98104 |
| 12 | Telephone: (206) 839-4300 |
| | Facsimile: (206) 839-4301 |
| 13 | |
| 14 | *Attorneys for Defendants* |

STIPULATION AND ORDER RE FILING OF SECOND
AMENDED COMPLAINT AND BRIEFING SCHEDULE
ON MOTION TO DISMISS - 6
CASE NO. C09-0189 MJP

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington 98103
TEL. 206.816.6603 • FAX 206.350.3528

CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby declare that on November 3, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jonathan M. Palmer, WSBA #26970
> Email:  jmpalmer@orrick.com
> Paul F. Rugani, WSBA #38664
> Email:  prugani@orrick.com
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> 701 Fifth Avenue, Suite 5700
> Seattle, Washington  98104
> Telephone: (206) 839-4300
> Facsimile: (206) 839-4301
>
> *Attorneys for Defendants*

DATED this 3rd day of November, 2009.

> TERRELL MARSHALL & DAUDT PLLC
>
> By: /s/ Beth E. Terrell, WSBA #26759
> Beth E. Terrell, WSBA #26759
> Email:  bterrell@tmdlegal.com
> Toby J. Marshall, WSBA #32726
> Email:  tmarshall@tmdlegal.com
> Jennifer Rust Murray, WSBA #36983
> Email:  jmurray@tmdlegal.com
> Marc Cote, WSBA #39824
> Email:  mcote@tmdlegal.com
> 3600 Fremont Avenue North
> Seattle, Washington 98103
> Telephone:  (206) 816-6603
> Facsimile:  (206) 350-3528
>
> *Attorneys for Plaintiff*

STIPULATION AND ORDER RE FILING OF SECOND
AMENDED COMPLAINT AND BRIEFING SCHEDULE
ON MOTION TO DISMISS - 7
CASE NO. C09-0189 MJP

TERRELL MARSHALL & DAUDT PLLC
3600 Fremont Avenue N.
Seattle, Washington  98103
TEL. 206.816.6603 • FAX 206.350.3528