The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| EMMA ALVARADO, on behalf of herself and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive,<br><br>                             Defendants. | Case No. C 09-0189 MJP<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL
C09-0189 MJP

ORRICK HERRINGTON SUTCLIFFE LLP
701 Fifth Avenue, Suite 5700
Seattle, Washington 98104
Telephone (206) 839-4300

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that, effective immediately, Jonathan M. Palmer of Orrick, Herrington & Sutcliffe LLP withdraws as counsel for Defendant Microsoft Corporation, with respect to the above matter. Paul F. Rugani of Orrick, Herrington & Sutcliffe LLP has appeared in this matter and remains as counsel for Defendant Microsoft Corporation.

January 22, 2010

Respectfully submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By  s/ Jonathan M. Palmer
    Jonathan M. Palmer (WSBA 26970)
    Paul F. Rugani (WSBA # 38664)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue, Suite 5700
Seattle, WA  98104
Tel:  (206) 839-4300
Fax:  (206) 839-4301
E-mail:  prugani@orrick.com
E-mail:  jmpalmer@orrick.com

NOTICE OF WITHDRAWAL OF COUNSEL
C09-0189 MJP
2
ORRICK HERRINGTON SUTCLIFFE LLP
701 Fifth Avenue, Suite 5700
Seattle, Washington  98104
Telephone (206) 839-4300

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2010, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record:

NOTICE OF WITHDRAWAL OF COUNSEL

DATED this 22nd day of January, 2010.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By s/ Jonathan M. Palmer
Jonathan M. Palmer (WSBA 26970)
Paul F. Rugani (WSBA # 38664)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue, Suite 5700
Seattle, WA 98104
Tel: (206) 839-4300
Fax: (206) 839-4301
E-mail: jmpalmer@orrick.com
E-mail: prugani@orrick.com

NOTICE OF WITHDRAWAL OF COUNSEL
C09-0189 MJP

3

ORRICK HERRINGTON SUTCLIFFE LLP
701 Fifth Avenue, Suite 5700
Seattle, Washington 98104
Telephone (206) 839-4300