The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMA ALVARADO, on behalf of herself and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>   v.<br><br>MICROSOFT CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive,<br><br>                            Defendants. | Case No. C 09-0189 MJP<br><br>**NOTICE OF CHANGE OF ADDRESS** |

NOTICE OF CHANGE OF ADDRESS
C09-0189 MJP

ORRICK HERRINGTON SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone (206) 839-4300

## NOTICE OF CHANGE OF ADDRESS

Please take notice that Paul F. Rugani of Orrick, Herrington & Sutcliffe LLP hereby enters a change of his office address as follows:

Orrick, Herrington & Sutcliffe LLP

701 Fifth Avenue, Suite 5600

Seattle, Washington 98104

All phone numbers, fax numbers, and email addresses for Paul F. Rugani remain the same.

February 11, 2010                    Respectfully submitted,

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By s/ Paul F. Rugani
Paul F. Rugani (WSBA # 38664)

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 839-4300
Fax: (206) 839-4301
E-mail: prugani@orrick.com

NOTICE OF CHANGE OF ADDRESS
C09-0189 MJP
2

ORRICK HERRINGTON SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone (206) 839-4300

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 11th day of February, 2010.

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

By <u>s/ Paul F. Rugani</u>
Paul F. Rugani (WSBA # 38664)

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
701 Fifth Avenue, Suite 5600
Seattle, WA 98104
Tel: (206) 839-4300
Fax: (206) 839-4301
E-mail: prugani@orrick.com

NOTICE OF CHANGE OF ADDRESS
C09-0189 MJP

3

ORRICK HERRINGTON SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone (206) 839-4300