# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMMA ALVARADO,

      Plaintiff,

  v.

MICROSOFT CORPORATION, et al.,

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C09-189-MJP

___   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendants' motion to dismiss is GRANTED and Plaintiff's second amended complaint is DISMISSED. Plaintiff's Consumer Protection Act claim is dismissed with prejudice. Plaintiff's unjust enrichment and Declaratory Judgment Act claims are dismissed without prejudice.

Dated this 22nd day of February, 2010.

BRUCE RIFKIN
Clerk

 /s/ Mary Duett
Deputy Clerk