UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMMA ALVARADO,

Plaintiff,

v.

MICROSOFT CORPORATION, et al.,

Defendants.

Case No. C09-189 MJP

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court entered judgment in this matter in error. Only one claim has been dismissed with prejudice. The Court therefore VACATES the entry of judgment (Dkt. No. 46).

The Clerk is directed to send a copy of this order to all counsel of record.

DATED this 23rd day of February, 2010.

BRUCE RIFKIN, Clerk
By /s/ Mary Duett____
Deputy Clerk

MINUTE ORDER - 1