The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMMA ALVARADO, on behalf of herself and on behalf of all others similarly situated,

                      Plaintiff,

v.

MICROSOFT CORPORATION, a Washington corporation, and DOES 1 through 100, inclusive,

                      Defendants.

Case No. C 09-0189 MJP

**[PROPOSED] STIPULATED JUDGMENT IN A CIVIL CASE**

WHEREAS, this matter came before the Court on Defendant Microsoft Corporation's Motion to Dismiss Second Amended Complaint;

WHEREAS, the Court has reviewed the pleadings filed by Plaintiff in this action and the papers filed by the parties in support of and in opposition to Microsoft's motion;

WHEREAS, the Court issued an order on February 22, 2010 (Dkt. 45) granting Microsoft's motion to dismiss with prejudice as to Plaintiff's Consumer Protection Act claim and without prejudice as to Plaintiff's unjust enrichment and declaratory relief claims;

WHEREAS, the parties have met and conferred and consent to entry of the following judgment;

WHEREAS, Plaintiff will not appeal this Court's February 22, 2010 order or any other order or decision in the above-captioned matter;

WHEREAS, Defendant will not seek to recover its attorneys' fees or costs of suit in the above-captioned matter;

THEREFORE, the judgment is hereby entered in favor of Defendant Microsoft Corporation as follows:

1. Plaintiff's Consumer Protection Act claim is dismissed with prejudice.
2. Plaintiff's unjust enrichment and Declaratory Judgment Act claims are dismissed without prejudice.
3. Each party shall bear its own fees and costs.

IT IS SO ORDERED,

Dated this ____ day of _____, 2010.

_____
Hon. Marsha J. Pechman
United States District Court Judge

[PROPOSED] STIPULATED JUDGMENT

ORRICK HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone (206) 839-4300

1
2  *Presented by*:

3  ORRICK HERRINGTON & SUTCLIFFE LLP

4
     s/ Paul F. Rugani
5  Paul F. Rugani (WSBA # 38664)

6  701 Fifth Avenue, Suite 5600
7  Seattle, WA  98104
   Phone: (206) 839-4300
8  Fax:    (206) 839-4301
   Email: prugani@orrick.com
9
   *Attorneys for Defendant Microsoft Corporation*
10

11
   TERRELL MARSHALL & DAUDT PLLC
12

13  By: /s/ Beth E. Terrell, WSBA #26759
       Beth E. Terrell, WSBA #26759
14     Email:  bterrell@tmdlegal.com
       Toby J. Marshall, WSBA #32726
15     Email:  tmarshall@tmdlegal.com
       Jennifer Rust Murray, WSBA #36983
16     Email:  jmurray@tmdlegal.com
17     Marc Cote, WSBA #39824
       Email:  mcote@tmdlegal.com
18     3600 Fremont Avenue North
       Seattle, Washington 98103
19     Telephone:  (206) 816-6603
20     Facsimile:   (206) 350-3528

21     J. Paul Gignac, Admitted *Pro Hac Vice*
       Email:  j.paul@aogllp.com
22     Kiley Grombacher, Admitted *Pro Hac Vice*
       Email:  kgrombacher@aogllp.com
23     ARIAS OZZELLO & GIGNAC LLP
24     4050 Calle Real, Suite 130
       Santa Barbara, California 93110
25     Telephone:  (805) 683-7400
       Facsimile:  (805) 683-7401
26

27     ///

28     ///

[PROPOSED] STIPULATED JUDGMENT

1  David R. Greifinger, Admitted *Pro Hac Vice*
   Email: tracklaw@verizon.net
2  THE LAW OFFICES OF DAVID R. GREIFINGER
   1801 Ocean Park Blvd., Suite 201
3  Santa Monica, California 90405
   Telephone: (310) 452-7923
4  Facsimile: (310) 450-4715
5
   *Attorneys for Plaintiff Emma Alvarado*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] STIPULATED JUDGMENT

ORRICK HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone (206) 839-4300

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 8th day of June, 2010.

By _____
Malissa Tracey

OHS West:260903864.2
9843-2026 PLR/PLR

[PROPOSED] STIPULATED JUDGMENT

ORRICK HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, Washington 98104
Telephone (206) 839-4300